IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――x

| | |
|---|---|
| FTE NETWORKS, INC. | : |
| | : Civil Action No. 1:22-cv-03396 |
| Plaintiff, | : |
| | : |
| - against- | : |
| | : |
| ADAR BAYS, LLC, ADAR ALEF, LLC, | : |
| ARYEH GOLDSTEIN, CHAIM VAIL, | : |
| EAGLE EQUITIES, LLC, ERAN ISREAL, | : |
| SAMUEL EISENBERG, YAKOV BORENSTEIN, | : |
| AND THE JOHN AND JANE DOE INVESTORS | : |
| | : |
| Defendants | : |

―――――――――――――――――――――――――――――x

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO ALL DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above action against all defendants without prejudice.

| Dated: June 29, 2022 | **WHITE AND WILLIAMS LLP** |
|---|---|
| | By: _____ |
| | Shane R. Heskin, Esq. |
| | 7 Times Square, Suite 2900 |
| | New York, New York 10036-6524 |
| | (215) 864-6329 |
| | heskins@whiteandwilliams.com |
| | *Attorneys for Plaintiff* |

-1-

29077068v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        _/s/ Shane R. Heskin_
                                          Shane R. Heskin